# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:10-cv-00005-LSC-FG3 |
| JUDSON ENTERPRISE, INC. d/b/a K-DESIGNERS, | ) ) ) | ORDER |
| Defendant. | ) | |

Upon review of the Amended Report of Parties' Rule 26(f) Planning Conference (#22),

**IT IS ORDERED:**

1. This case is no longer stayed.

2. The parties' proposed amendments to their original Rule 26(f) planning report (#11) are adopted.

3. A telephone conference with the undersigned magistrate judge will be held on **November 22, 2010 at 10:30 a.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the call to the court at 402-661-7340.

**DATED October 4, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**